## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Crim. No. 3:02CR355 (JBA) |
| ALDO PERSICHILLI | : |

<u>APPEARANCE</u>

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        CHRISTINE SCIARRINO
        ATTORNEY BAR NO: CT03393
        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT  06508
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5392
        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of November, 2004, to:

Terri Ann Knapsack, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Connecticut 06510

Aldo Persichilli
Inmate No. 14976-014
FCI - Fairton
P.O. Box 280
Fairton, New Jersey 08320

 

_____
CHRISTINE SCIARRINO