**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Crim. No. 3:02CR355 (JBA) |
| ALDO PERSICHILLI | : |

APPLICATION FOR WRIT OF EXECUTION

The United States of America, through its undersigned attorney, hereby makes application pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1) to this Court to issue a Writ of Execution stating as follows:

1. A Judgment was entered in the United States District Court for the District of Connecticut on December 19, 2003, imposing a $400.00 special assessment (due immediately) upon Aldo Persichilli.

2. The Judgment also provided as a condition of the Defendant's release that he pay delinquent child support through the Inmate Financial Responsibility Program to the State of Connecticut, Child Support Unit.

3. Since sentencing in December 2003, Mr. Persichilli has made payments totaling only $50.00 toward satisfaction of his special assessment. Thus, the remaining balance of Mr. Persichilli's special assessment is $350.00.

4. The Connecticut Support Enforcement Department has advised that the Defendant has made payments totaling only $2,665.00 since the entry of judgment, with his last payment being made September 27, 2002. As of November 30, 2004, Mr. Persichilli's child support arrearage totals $27,682.00. (See Exhibit A)

     5.   The United States Secret Service is currently holding $733.00 in which Mr. Persichilli has an ownership interest.

     The Government is seeking a Writ of Execution, which if granted, will be served on the United States Secret Service by the United States Marshal will take possession of the funds. Pursuant to the Writ, the United States Marshal will be directed to deliver $350.00 to the Clerk of Court in satisfaction of Mr. Persichilli's outstanding special assessment; will be further directed to deliver the remaining $383.00 to the Connecticut Child Support Enforcement Department, to be applied to Mr. Persichilli's outstanding child support debt.

     Based upon the foregoing reasons, the Government respectfully requests that its Application for Writ of Execution be granted.

                               Respectfully submitted,

                               KEVIN J. O'CONNOR
                             UNITED STATES ATTORNEY

                             CHRISTINE SCIARRINO
                             ATTORNEY BAR NO: CT03393
                             ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                             UNITED STATES ATTORNEY'S OFFICE
                             P. O. BOX 1824
                             NEW HAVEN, CT  06508
                             TELEPHONE: (203) 821-3700
                             FAX: (203) 773-5392
                             E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of November, 2004, to:

Terri Ann Knapsack, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Connecticut 06510

Aldo Persichilli
Inmate No. 14976-014
FCI - Fairton
P.O. Box 280
Fairton, New Jersey 08320

_____
CHRISTINE SCIARRINO