FSE189  
3RD PARTY  
OFFICIAL NOTICE

289840*2 BKH

STATE OF CONNECTICUT  
JUDICIAL BRANCH  
SUPPORT ENFORCEMENT DIVISION

11/30/04

TO: CHRISTOPHER HASSEN  
STATE ATTNY OFFICE  
157 CHURCH ST 23RD FLOOR  
NEW HAVEN CT 06510

SUPERIOR COURT  
SUPPORT ENFORCEMENT SERVICES  
123 HOYT STREET  
GROUND FLOOR  
STAMFORD, CT 06905

OFFICAL NOTICE

CASE: JESSICA L PHILLIPS VS ALDO PERSICHILLI JR  FILE: 10166279

PLEASE FIND THE ENCLOSED DISPLAY SUMMARY. THE NCP HAS AN ON-GOING CURRENT SUPPORT OBLIGATION OF $69/WK. THE TOTAL BALANCE OUTSTANDING TO THE CUSTODIAL PARENT IS $15,470.00 AS OF TODAY'S DATE. IN ADDITION, MR. PERSICHILLI OWES THE STATE OF CT. $12,212.00 FOR REIMBURSEMENT OF STATE ASSISTANCE. SHOULD YOU REQUIRE ANY FURTHER INFORMATION PLEASE DO NOT HESITIATE TO CONTACT ME.

BRYAN HOCTER  /s/ Bryan Hocter, Supervisor  (203) 965-5730  
SUPPORT OFFICER/CLERK                             TELEPHONE



GOVERNMENT EXHIBIT A

09:45:27 Tue Nov 30, 2004

```
ENO350                    CCSES DISPOSITION/OBLIGATION              289840*2 301

   FILE  NBR: 10166279-6         CUSTODIAL  : PHILLIPS, JESSICA L
   CASE  NBR: FA96-0149929S      PAYOR NAME: PERSICHILLI-JR, ALDO
   IV-A  NBR: 6998055            PAYOR SS #: ████-8755
   ORD   DATE: 04-01-96          PAYOR EMPL: EMP 1 TERMINATED 11-15-02
   PYMT  DUE: *12-06-04          PA STATUS : PA CLOSED
   CYCLE    : WEEK               CB ACTION : UPDATED       CB DATE : 11-27-04

   ---------------------- CYCLE   AMT DUE/   AMOUNT -------------------- Pg 1 of
   DISPOSITION        ST AMOUNT  FIXED AMT    PAID  ADJUSTMT  BALANCE    DELINQ
   a13-PL NONDISS CU  AC  69.00  13524.00   2663.00  4611.00 15470.00  15470.00
   a22-591 NONDISS A  IN  16.00   2070.00      0.00     0.00  2070.00   2070.00
   a28-551 NONDISS C  IN  69.00    897.00      0.00  9245.00 10142.00  10142.00


   SUMMARY TOTALS :     154.00  16491.00   2663.00 13856.00 27682.00  27682.00

   -------------------------------LAST SIX PAYMENTS--------------------------------
        1000.00      1400.00     200.00      65.00     50.00       50.00
   LC 09-27-02/ CA 07-08-02/ CA 09-14-01/ MO 06-21-01/ MO 09-20-00/ MO 07-20-00/
   ENTER DISPS XX;XX;XX,(F)ULL,(C)URR ASGNMT,(I)NIT ASGNMT,(P)AGE,(R)EFRESH OR <CR
                                           *** BKH 09:39am 11-30-04 *NT*CSENET
```