# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ALDO PERSICHILLI                                    Docket No. 3:02CR00355(JBA)

### PETITION ON PROBATION AND SUPERVISED RELEASE

2006 OCT -2 P 3: 29

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Aldo Persichilli, who was sentenced to 33 months' incarceration, to be followed by 3 years' supervised release after entering a guilty plea to a four-count Indictment, which charged him in Count One with Manufacturing Counterfeit Currency, in violation of 18 U.S.C. § 471, in Count Two with Possession of Counterfeit Currency, in violation of 18 U.S.C. § 472, and in Counts Three and Four with Passing Counterfeit Currency, in violation of 18 U.S.C. § 472. The defendant was sentenced by the Honorable Janet Bond Arterton, United States District Judge, sitting in the court in New Haven, Connecticut on December 18, 2003, and imposed the general terms and conditions therefore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer and; 2) The defendant shall participate in a mental health treatment program, either inpatient or out patient, as approved by the probation officer. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. On October 26, 2005, the defendant commenced his term of supervision.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS

The defendant is being cited for violating the following conditions of supervised release:

Mandatory Condition:    "You shall refrain from any unlawful use of a controlled substance."

Standard Condition:    "The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any controlled substance, except as prescribed by a physician."

Standard Condition:    "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer."

The defendant tested positive for cocaine on August 31, 2006.

Mandatory Condition:    "You shall not commit another federal, state, or local crime."

On September 18, 2006, the defendant was arrested by the New York City Police Department and charged with Criminal Possession of a Forged Instrument, First Degree. Mr. Persichilli was arrested after allegedly attempting to pass a counterfeit $100 bill while attempting to purchase an item at Best Buy in Huntington, New York. Mr. Persichilli was released on a $15,000 cash bond, coupled with a $30,000 non-surety bond on September 20, 2006. He subsequently appeared before the Suffolk County District Court in Central Islip, New York for arraignment on September 26, 2006. The defendant's next scheduled court date is December 18, 2006.

Standard Condition:    "You shall not leave the judicial district without the permission of the Court or probation officer."

On September 18, 2006, the defendant traveled to Huntington, New York, without prior approval from the Probation Office.

Standard Condition:    "You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."

The defendant failed to notify the Probation Office of the aforementioned arrest until September 29, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Aldo Persichilli to appear before this Court at New Haven, Connecticut on _11 Oct_ 2006 at _11:30 a.m._ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 2d
day of Oct, 2006 and ordered filed and made
a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By _Patrick D. Norton_
Patrick D. Norton
United States Probation Officer

Place   10-2-06
Date    New Haven, CT

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this 2d day of October 2006 at New Haven, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge