UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:02CR355 (JBA) |
| v. | |
| ALDO PERSICHILLI | FEBRUARY 2, 2007 |

### GOVERNMENT'S MOTION FOR DETENTION PENDING HEARING ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

Pursuant to Rule 32.1(a)(6 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained pending a hearing on his violation of conditions of supervised release.

I. <u>Eligibility of Case</u>

This case is eligible for pretrial detention because it involves:

\_\_\_\_ a crime of violence as defined in Title 18, United States Code, Section 3156;

\_\_\_\_ an offense for which the maximum sentence is life imprisonment or death;

\_\_\_\_ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 802, <u>et seq</u>.), the Controlled Substances Import and Export Act (21 U.S.C. § 951, <u>et seq</u>.), or Section 1 of the Act of September 15, 1980 (21 U.S.C. § 955a);

\_\_\_\_ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

✔ a serious risk that the defendant will flee; and/or

____ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, a prospective witness or juror.

## II. Reason for Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

✔ the defendant's appearance as required; and/or

___ the safety of any other person and the community.

## III. Rebuttable Presumption

The Government will not invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e).

## IV. Time for Detention Hearing

The Government requests that the Court conduct the violation of supervised release hearing:

____ at the defendant's first appearance;

✔ after a continuance of 3 days, or at such time as the Court may deem necessary.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY

Federal Bar No.: ct14806
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT 06604
(203) 696-3037
christopher.schmeisser@usdoj.gov


DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct07997
157 CHURCH STREET
23rd Floor
NEW HAVEN, CT 06510
Tel. (203) 821-3700
Fax: (203) 773-5378
david.sheldon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand-delivered to defense counsel for ALDO PERSICHILLI on this 2nd day of February, 2007.

_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY