IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :     3:02 CR 355 (JBA)
                                          :
v.                                        :
                                          :
ALDO PERSICHILLI                          :     DATE: FEBRUARY 2, 2007
                                          :
-----------------------------------------------------x
```

## ORDER OF DETENTION

By agreement of counsel, the Government's motion for detention is <u>granted</u>, without prejudice to defendant later filing a motion for reconsideration.

Dated at New Haven, Connecticut, this 2nd day of February, 2007.

_____/s/_____
Joan G. Margolis
U.S. Magistrate Judge