UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:02CR355 (JBA) |
| v. | |
| ALDO PERSICHILLI | MARCH 2, 2007 |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE FOR
HEARING ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE**

Pursuant to Local Rule 7(b), the Government hereby respectfully requests that the date of the hearing on the defendant's violation of conditions of supervised release currently scheduled for March 7, 2007, be continued for a period of 21 days.

As discussed during the February 15, 2007 hearing on the violation of conditions of supervised release, the parties in this case are attempting to resolve the matter before the Court in a fashion that also addresses the charges currently pending against the defendant in state court in New York. While there has been some indication that such a resolution may be possible, additional time is necessary in order to permit the New York authorities to address issues pending in that jurisdiction. At this point, it appears that these issues will be resolved within the next three weeks.

Counsel for the defendant, Terri-Ann Knapsack, does not object to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED

Therefore, the Government respectfully requests that the hearing on the defendant's violation of conditions of supervised release currently scheduled for March 7, 2007, be continued for a period of 21 days, to March 28, 2007, or to a date thereafter, and that the dates for any motions related to the hearing be re-set accordingly.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    DAVID J. SHELDON
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    FEDERAL BAR NO. CT07997
    Tel.: (203) 821-3700
    Fax: (203) 773-5378
    david.sheldon@usdoj.gov

## CERTIFICATION

I hereby certify that on March, 2, 2007, a copy of the foregoing was mailed via first-class mail, postage prepaid, and a copy sent via facsimile transmission, to the following:

**Terri Ann Knapsack**

Dombroski, Knapsack & Hillis
129 Whitney Ave.
New Haven, CT 06510
Fax: 203-624-1308

and a copy was also sent to the United States Probation Office.

    DAVID J. SHELDON
    ASSISTANT UNITED STATES ATTORNEY