UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

v.                             :        Criminal No: 3:02cr355 JBA

ALDO PERSICHILLI               :

ENDORSEMENT ORDER [#52]

Government's unopposed motion for continuance for hearing on violation of conditions of supervised release is GRANTED until March 28, 2007 at 3:00 p.m.

IT IS SO ORDERED:

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 6, 2007