UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:02CR355 (JBA) |
| v. | |
| ALDO PERSICHILLI | MARCH 26, 2007 |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE FOR
HEARING ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE**

Pursuant to Local Rule 7(b), the Government hereby respectfully requests that the date of the hearing on the defendant's violation of conditions of supervised release currently scheduled for March 28, 2007, be continued for a period of no less than 21 days. This is the second such motion.

As discussed during the February 15, 2007 hearing on the violation of conditions of supervised release, the parties in this case are attempting to resolve the matter before the Court in a fashion that also addresses the charges currently pending against the defendant in state court in New York. There has been substantial effort in this regard, and the arrangements are now in the final stages. The additional time requested is necessary in order to permit the New York authorities to address issues pending in that jurisdiction, and to make a final determination in this regard. At this point, it appears that these issues will need at least three weeks to resolve.

Counsel for the defendant, Terri-Ann Knapsack, does not object to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED

Therefore, the Government respectfully requests that the hearing on the defendant's violation of conditions of supervised release currently scheduled for March 28, 2007, be continued for a period of at least 21 days, to a date no earlier than April 18, 2007, or to a date thereafter, and that the dates for any motions related to the hearing be re-set accordingly.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
FEDERAL BAR NO. CT07997
Tel.: (203) 821-3700
Fax: (203) 773-5378
david.sheldon@usdoj.gov

CERTIFICATION

I hereby certify that on March, 26, 2007, a copy of the foregoing was mailed via first-class mail, postage prepaid, and a copy sent via facsimile transmission, to the following:

**Terri Ann Knapsack**

Dombroski, Knapsack & Hillis
129 Whitney Ave.
New Haven, CT 06510
Fax: 203-624-1308

and a copy was also sent to the United States Probation Office.

DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY