## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA          :

v.                                :          **Criminal No: 3:02cr355 JBA**

ALDO PERSICHILLI                  :


### ENDORSEMENT ORDER [#55]

Government's unopposed motion for continuance for hearing on violation of conditions of supervised release is GRANTED until May 15, 2007 at 4:00 p.m.

IT IS SO ORDERED:

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 27, 2007